No. 96–921. CRAWFORD v. NEWKIRK-STEWART ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–923. LIN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–925. MCKINNEY ET UX. v. BALDWIN. C. A. 9th Cir. Certiorari denied.

No. 96–927. VISITING NURSE ASSOCIATION OF NORTH SHORE, INC., ET AL. v. BULLEN ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–929. YIN v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–932. NEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–933. SEEGER v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 96–934. RILEY, ADMINISTRATRIX OF THE ESTATE OF LOWE, DECEASED, ET AL. v. NEWTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–935. MAKI ET AL. v. LAAKKO ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–937. CROATIAN ROMAN CATHOLIC CONGREGATION OF THE HOLY TRINITY CHURCH ET AL. v. WUERL, BISHOP, ROMAN CATHOLIC DIOCESE OF PITTSBURGH. Super. Ct. Pa. Certiorari denied.

No. 96–938. HARRIS CUSTOM BUILDERS, INC. v. HOFFMEYER. C. A. 7th Cir. Certiorari denied.

No. 96–940. POLY ET UX. v. CARGILL, DBA CARGILL ASSOCIATES, ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–944. HAIRSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.